**Order entered September 30, 2021**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-21-00843-CV

### IN RE JOSEPH DINGLER, Relator

**Original Proceeding from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-20-05083-A**

### ORDER
Before Justices Schenck, Nowell, and Garcia

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus.

/s/    ERIN A. NOWELL
        JUSTICE